IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BILL TATUM,                                                    PETITIONER

V.                                                             NO. 4:06CV52-P-D

MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL,                  RESPONDENTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

  IT IS SO ORDERED.

THIS the 20th day of April, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE